FILED
SEP 11 2026
Clerk U.S. District Court
Greensboro, N.C.
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LITHOMAS D. GRAHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-663 |
| | ) | |
| LUCKETCHIA BOSTON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On August 14, 2026, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 10, 11.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 10), is **ADOPTED. IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss on Statute of Limitations and Procedural Default Grounds 28 U.S.C. § 2244(d)(1), (Doc. 6), is **GRANTED**, the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, (Doc. 2), is **DIMISSED**, and this action is hereby **DISMISSED**.

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 11th day of September, 2026.

William L. Osteen, Jr.
United States District Judge